# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**NUVERA FUEL CELLS, INC.**
      **Plaintiff**

**V.**

**XEROX CORP.**
      **Defendant**

**CIVIL ACTION**

**NO.   04CV11292-RWZ**

## ORDER OF DISMISSAL

**ZOBEL, D. J.**

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on   2/4/05  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

  2/24/05  
Date

  s/ Lisa A. Urso  
Deputy Clerk

(Dismiss LR41ord.wpd - 12/98)                                         [odismr41.]